*The Attorney General, The Solicitor General* and *Mr. Jesse C. Adkins* for the petitioner. *Mr. Albert H. Washburn* for the respondent.

---

No. 641. M. ANDERSON *v.* THE PACIFIC COAST STEAM-SHIP COMPANY, CLAIMANT OF THE STEAMSHIP "QUEEN," ETC.; and No. 642. N. JORDAN *v.* THE PACIFIC COAST COMPANY, CLAIMANT OF THE STEAMSHIP "UMATILLA," ETC. May 27, 1912. Petition for writs of certiorari to bring up the whole record denied. *Mr. William Denman* for the petitioners. *Mr. Graham Sumner, Mr. Thomas Thacher* and *Mr. George W. Towle* for the respondents:

---

No. 1080. W. H. STALEY ET AL., PETITIONERS, *v.* W. L. DERDEN. May 27, 1912. Petition for a writ of certiorari. to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. S. Neblett* and *Mr. Richard Mays* for the petitioners: *Mr. W. J. McKie* and *Mr. Horace Chilton* for the respondent.

---

No. 1105. THE UNITED STATES OF AMERICA EX REL. BEN B. JONES, PETITIONER, *v.* WALTER L. FISHER, SECRETARY OF THE INTERIOR. May 27, 1912. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. C. C. Tucker, Mr. E. S. Bailey, Mr. H. B. F. Macfarland* and *Mr. J. Miller Kenyon* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Knaebel* for the respondent.

---

No. 1106. PAUL A. PRIMEAU, PETITIONER, *v.* OLIVE L. GRANFIELD, EXECUTRIX, ETC. May 27, 1912. Petition